UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DORIS L. ENDERS, Mother**
**and Guardian for Hannah Enders, a minor**
       **Plaintiff,**

    v.                                      Case No. 05C0551

**JOYCE KORT, HUMANA INSURANCE**
**COMPANY and ESTATE OF CRAIG J. ENDERS**
       **Defendants.**

---

## ORDER

The parties have agreed upon the distribution of the proceeds from Craig J. Enders' life insurance policy. Pursuant to the agreement,

**IT IS ORDERED** that Humana Insurance Company shall pay Mitchell Barrock of Barrock & Barrock, Attorneys at Law $3,000 in guardian ad litem fees and $300 in court costs;

**IT IS FURTHER ORDERED** that Humana Insurance Company shall pay Joyce Kort $1,500;

**IT IS FURTHER ORDERED** that Doris Enders shall establish a bank account for the benefit of Hannah Enders that will not permit the funds in the account to be withdrawn except upon court order. Upon receipt of evidence that this account has been established, I will provide the bank with an order indicating that the funds may only be withdrawn upon court order and I will order Humana Insurance Company to deposit the remainder of the insurance proceeds, $10,200, into the account.

Dated at Milwaukee, Wisconsin, this 7 day of September, 2005.

/s_____
LYNN ADELMAN
District Judge

2